IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIME A. BONILLA-ORDONEZ,

    Petitioner,                      No. CIV S-11-0143 KJN P

    vs.

TIM OCHOA, et al.,

    Respondent.                    <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petition has not filed a request to proceed in forma pauperis or paid the filing fee.

        Petitioner is incarcerated in Riverside County and was convicted in San Diego County. Riverside County is in an area embraced by the United States District Court for the Central District of California and San Diego County is in the area embraced by the United States District Court for the Southern District of California.

        Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

DATED: February 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

boni0143.108b