1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10
11  JAIME A. BONILLA-        )      Case No. CV 11-1045 JSL (JCG)
    ORDONEZ,                 )
12                           )
             Petitioner,     )      **JUDGMENT**
13                           )
             v.              )
14                           )
    TIM OCHOA, Warden, *et al.*,  )
15                           )
             Respondents.    )
16  ─────────────────────────)
17
18          IT IS ADJUDGED that the above-captioned action is DISMISSED
19  WITHOUT PREJUDICE for the reasons set forth in the concurrently filed Order
20  Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and
21  Denying Certificate of Appealability.
22
23
24  DATED: February 18, 2011
25                            _____
26                            HON. J. SPENCER LETTS
                              SENIOR  UNITED STATES DISTRICT JUDGE
27
28